# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## 3: 25 MC 120

## IN RE: PROCEDURES FOR ACCESS AND MANAGEMENT OF SEALED DOCUMENTS

## STANDING ORDER

Due to recent cyberattacks on the Case Management/Electronic Case Files ("CM/ECF") system of the federal courts, the United States District Court for the Western District of North Carolina hereby implements new procedures for the access, service, and management of sealed documents. Effective as of the date of this order and until such time as the Court orders otherwise, the Court adopts the below procedures regarding sealed documents filed in CM/ECF:

1. **Filing and Electronic Access to Sealed Documents.** Sealed documents will continue to be filed in CM/ECF under the Court's existing procedures. ECF Administrative Procedures | Western District of North Carolina | United States District Court. After filing, these documents will no longer be accessible or viewable in CM/ECF.

2. **Service of Sealed Documents Filed in CM/ECF.** Because sealed documents filed in CM/ECF are no longer accessible or viewable, service cannot be accomplished through CM/ECF. Instead, parties will serve sealed documents conventionally by other appropriate means as provided by the Federal Rules of Procedure and the Court's Local Rules. (See, Fed. R. Civ. P. 5, Fed. R. Crim. P. 49, LCvR6.1, and LCrR 49.1.1) The Court will serve sealed orders, notices, and other Court-generated documents by secure electronic means to attorneys of record and via U.S. Mail to non-CM/ECF filers.

3. **Additional Copies of Sealed Documents.** Since sealed documents filed in CM/ECF will no longer be accessible or viewable, a party with permission to access a sealed document in a case who requires a copy of a sealed document will contact the Clerk's Office to request a copy. After confirming that the party making the request has permission to access the document, the Clerk's Office will provide the document(s) by either secure electronic means or by U.S. Mail.

Requests for paper copes of sealed documents will be subject to the current docket copy fee rate as set by the District Court Fee Schedule.

Court Fees | Western District of North Carolina | United States District Court.

4. **Highly Sensitive Documents (HSDs).** Sealed documents that are defined as HSDs will continue to be subject to the Court's HSD procedures. For more information on the filing of HSDs, see the Court's Standing Order.

Standing Order In Re: Procedures for the Filing, Service, and Management of Highly Sensitive Documents | Western District of North Carolina | United States District Court.

5. **Questions about Sealed Document Procedures.** Any questions about the filing of and access to sealed documents should be directed to the Clerk's Office at Contact Us | Western District of North Carolina | United States District Court. Select "Sealed Document Copy Requests" from the category options.

This Order supersedes any and all inconsistent prior Court orders, local rules, or other guidance regarding the filing of sealed documents.

IT IS SO ORDERED, this 25th day of September, 2025.

Martin Reidinger
Chief Judge, U.S. District Court